2011

| Date | AM Regiment | | | Bed Book | Lox-In | Mail | Meal-Card | Misc. Events / Issues |
|------|------|------|------|------|------|------|------|------|
| | Prep | Drop | Actual | | | | | |
| Sun. 5:22 | | | | | | | | * 5:00 AM WAKE-UP for insulin is a constant DENOMINATOR. |
| (5:23) | 2:52 | 3:55 | 4:25 | | | | | |
| 5:24 | 3:12 | 3:25 | 4:17 | 11:46 | 9:47 | | | |
| (5:25) | 2:37 | 3:46 | 4:00 | 11:35 | | | | |
| 5:26 | 3:04 | 3:30 | 4:07 | 11:56 | 9:18 | 9:43 | | |
| ★ 5:27 | 3:06 | 3:26 | UNK | 11:30 | 10:47 | | | ★Co-woke EVERYONE up to insure they were "Alive and Kickin" @ 12:47 AM. |
| 5:28 | — | 3:03 | 3:24 | 10:04 | 9:10 | | | |
| 5:29 | — | — | — | — | 9:30 | | | |
| 5:30 | — | 5:22 | 3:41 | — | | | — | |
| 5:31 | — | — | — | 11:46 | — | 9:15 | 12:10 AM | |
| 6:1 | 3:45 | 3:56 | 4:10 | 11:30 | 10:30 | 9:05 | | |
| 6:2 | — | 4:05 | 4:22 | 11:57 | 8:47 | 8:36 | | |
| ★ 6:3 | 2:52 | 3:12 | — | — | — | — | | ★ Rolled Doors for necessities @ 12:05 AM. |
| 6:4 | — | — | — | 12:46ₐₘ | — | — | | |
| Sun. (6:5) | 3:22 | 4:07 | — | — | — | — | | |
| (6:6) | 3:13 | 4:09 | | | | | | |
| 6:7 | | | | | | | | |
| 6:8 | 3:15 | 4:07 | 4:21 | — | 1:30 AM | 10:00 | | |
| 6:9 | 2:49 | 3:56 | 4:07 | | | | | |
| 6:27 | | | | 11:52 | 2:12 | 10:10 | | |
| 6:28 | | | | | 2:12 | | | |
| 6:29 | | | | | | | | |
| 6:30 | | | | | | 10:10 | | |
| 7:1 | | | | 1:05 | | 2:12 AM | | |
| 7:5 | | Lock-down | | | | | | |

| DATE 2011 | AM Regiment | | | Bed Book | Lay-in | Mail | Meal Card |
|---|---|---|---|---|---|---|---|
| | PREP | DROP | ACTUAL | | | | |
| 8·1 | 3:26 | 4:06 | 4:55 | NONE | 9:45 P | UNK | |
| 8·2 | 3:10 | 4:12 | 4:25 | NONE | 1:45 AM | 9:15 | |
| 8·3 | 3:10 A | 3:20 | 3:21 | NONE | 2:30 AM | 9:28 | |
| 8·4 | 3:36 | 3:57 | 4:10 | 11:45 | — | 9:04 | |
| 8·5 | 3:10 | 3:22 | 3:23 | 11:52 | — | 9:12 | * Smoothed chow Run since |
| 8·6 | 3:37 | 3:55 | 4:10 | 11:36 | — | 10:49 | incarceration - It can be done. |
| *8·7 | 4:22 | 4:35 | 4:57 | — | — | 9:30 | * CO woke everyone up @ 11:49 |
| 8·8 | | | | — | | | pm to say hi and asked if |
| 8·9 | | | | — | | 10:38 | we were OK. |
| 8·10 | — | 4:10 | 4:57 | 12:13 A | 1:07 m | 9:47 | |
| 8·11 | | | | | | | |
| 8·12 | | | | | 9:36 | 8:40 | |
| 8·13 | 3:10 | 3:22 | 3:55 | 1:38 AM | — | — | *CO woke everone up |
| 8·14 | | | | 11:34 | — | — | Just to ask if they're |
| 8·15 | 3:01 | 4:03 | 4:10 | 11:07 | 12:06 | — | Alive & Kicking |
| 8·16 | 3:40 | 3:58 | 4:49 | 11:46 | 9:25 | 10:07 | |
| 8·17 | 3:19 | 4:25 | 5:02 | 11:30 | 1:03 | 12:26 | |
| 8·18 | 3:25 | 3:37 | 5:05 | 11:36 | UNK * | 10:06 | * Lay-in put in door |
| 8·19 | 3:07 | 4:22 | 4:56 | — | 9:15 | 9:15 | * what a concept; Mail and |
| 8·20 | — | 3:55 | 4:22 | | | | Lay-ins at the same time, |
| 8·21 | — | — | — | | 6:10 PM * | | AND Early too. |
| 22 | — | — | / | | | | |
| 23 | 3:36 | 3:52 | 4:56 | | UnK | 12:36 | |
| 24 | UnK | UnK | UnK | — | 11:45 | 11:22 | |
| 35 | — | — | — | 11:45 | — | 9:20 | |

| Date | AM Regiment | | | Bed book | Lax-in | Mail | Meal Card | Misc Events / Issues |
|------|------|------|--------|----------|--------|------|-----------|----------------------|
| | Prep | Drop | Actual | | | | | |
| 4·15 | | | | | | | | ∗ 5:00 AM wake-up for insulin EVERY DAY |
| 4·16 | | | | 12:15 | | | | |
| 4·16 | | | | 1:27 | | | | |
| ∗ 4:17 | | | | 1:38 | | | | ∗ TV was left on late to accommodate NBA finals |
| ∗ 4:18 | 3:42 | 4:10 | | — | 11:30 | 10:20 | | |
| ∗ 4.19 | 3:36 | 4:05 | | — | 10:35 | 10:00 | | |
| ∗ 4.20 | | 3:49 | | — | | 11:53 | | |
| ∗ 4.21 | 3:05 | 3:26 | 3:57 | 11:58 | | | | |
| ∗ 4.22 | 3:13 | 3:49 | 4:16 | 10:22 | | | | |
| ∗ 4.23 | 3:18 | 4:03 | 4:27 | 1:48 | | | | |
| 4.24 | | | | — | | | | |
| 4.25 | | | | — | 12:10 | | | |
| 4.26 | 3:06 | 3:55 | 4:35 | — | | 10:30 | | |
| 4.27 | | | | — | | | | |
| 4.28 | | | | — | | | | |
| 4.29 | | | | 1:48 | | | | |
| 4.30 | | | | 1:35 | 9:45 | | 10:12 | |

PM Regiments.

| Date 2012 | AM Regiment | | | Roster count | Lay-in | Mail | Meal/cart | Comments/Special Circumstances/Events |
|---|---|---|---|---|---|---|---|---|
| | Prep | Drop* | Actual | | | | | |
| 4-11 | Ø | 0328 | 04:18 | 11:42 | 11:04 | 10:25 | — | *4-11- officer Kowaroski ordered all Ed, voc, laundry and shoe factory into the day room @ 3:28 with no advance notice (prep) - whether you wanted breakfast or not - see grievance. |
| 4-12 Thur 493 | — | unk | — | 11:48 | 10:56 | 10:15 | — | |
| 4-13 Fri 493 | — | unk | — | 0136 | Ø | Ø | — | |
| 4-14 | — | unk | — | ⊖ | unk | 2212 | — | |
| 4-15 S/S | — | unk | — | 2322 | 2100 | unk | — | |
| 4-16 | 0247 | 0332 | 0355 | ⊖ | unk | unk | — | |
| 4-17 | 0318 | 0338 | 0406 | 2341 | unk | 2307 | — | |
| 4-18 | Ø | 0345 | 0355 | 2328 | unk | unk | — | ← This is how its suppose to Run |
| 4-19 | 0318 | 0330 | 0440 | — | 2255 | unk | — | |
| 4-20 | 0335 | 0415 | 0430 | 2346 | unk | 2105 | — | |
| 4-21 S | unk | unk | unk | 2333 | unk | unk | — | |
| 4-22 Sn | unk | unk | unk | 2314 | 2100 | 2100 | — | |
| 4-23 | 0355 | 0405 | unk | 2325 | 2035 | 2100 | — | |
| 4-24 | — | 0335 | unk | — | unk | unk | — | |
| 4-25 | — | 0346 | 0410 | 2318 | unk | 2025 | — | |
| 4-26 | 0350 | 0410 | 0430 | 2335 | 2018 | 2018 | — | |
| 4-27 | unk | unk | unk | 2342 | unk | Ø | — | |
| 4-28 | 0310 | 0345 | 0355 | 2310 | unk | Ø | — | |
| 4-29 Sn | unk | unk | unk | — | unk | unk | — | |
| *4-30 | 0244 | 0424 | 0455 | 2342 | 2145 | unk | 1815 | *4.30- officer Ordered all, shoe factory, ied, Voc, and laundry to "get ready" at 0244 then didn't drop us until   see grievance |
| 5.1 | 0311 | 0422 | 0437 | 2330 | | | | |

1

# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
# Inter-Office Communications

To:      All Clements Unit Staff & Offenders        Date:     October 7, 2010

From:   John Adams, Senior Warden                 Subject:   Unit Safety Policy Statement
          Clements Unit

✳ Safety on the job is a primary responsibility of every employee and offender. Employee/Offender safety cannot succeed without every individual's sincere diligent effort. It is the responsibility of the Unit Risk Manager to coordinator this effort (TDCJ has gone to great expense to provide safe working conditions throughout the unit.) It is the supervisor's/employee's responsibility to make every reasonable effort to ensure a safe working environment in his or her area at all times.

✳ The contributing factor in over 60% of all accidents involves both the employee and his/her environment. The supervisor/employee must, therefore, be constantly on the alert for incidents of human error and mechanical failure. He or she must take the initiative to make corrections where he/she has such authority. Any condition or employee practice that is likely to cause an accident must be reported immediately to a Supervisor and the Unit Risk Management Department.

Aside from acts of nature supervisors and employees must be convinced that accidents are caused; they don't just happen and therefore can be avoided. An act of negligence, a disregard for established rules or procedures, being in a hurry, improperly guarded machinery, lack of or improper maintenance and sanitation all can cause an accident.

To make the Clements Unit safety program effective, every Department Head / Supervisor shall ensure that:
1. Work is not assigned that is hazardous or located in a hazardous area until all steps have been taken to provide for the safety of all concerned. No employee/offender will knowingly be exposed to occupational safety hazards. Compliance with established safety practices is the responsibility of all TDCJ staff and offenders.
2. All employees/offenders have received proper job safety instruction and are familiar with all applicable TDCJ safety and health rules and regulations.
3. Work areas are frequently inspected for safe working practices and environment.
4. All safety and health deficiencies are corrected immediately and not repeated.
5. Accidents are investigated and corrective action initiated where necessary.

Like the Department Head/Supervisor, every employee/offender has a specific role in our loss-prevention efforts. Each employee/offender is expected to participate actively in the Safety Program and observe all established precautionary measures.

**Reporting Injuries:**  Injuries, no matter how minor, must be reported to a supervisor and referred to Unit Medical.

**Workers' Compensation:**  Employees who sustain an occupational injury or illness will be compensated in accordance with the State Workers' Compensation Act. In order to receive such benefits, the appropriate notification and medical reports must be provided by the employee.

**Personal Protective Equipment:** Where necessary, by reason of hazard, TDCJ will provide the necessary personal protective equipment to ensure the well being of the employee/offender.

Management is committed to provide the leadership and support required to establish and maintain an effective safety and health program; however, in the final analysis, remember you can prevent accidents and eliminate hazards. You are a very important part of the Clements Unit's successful Safety program and a valuable member of the Unit Safety Team.

_____          _____
John Adams, Senior Warden, Clements Unit          Date          10/07/2010

2

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## OFFENDER SAFETY REGULATIONS

Each new commitment will be required to read and sign the below safety regulations. In the event the offender cannot read, these regulations will be read and explained to him and this fact indicated in the signature area. If for any reason an offender refuses to sign, this fact will also be noted on the bottom portion of this form.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

✶ DISCIPLINARY ACTION MAY RESULT FROM FAILURE TO FOLLOW THE FOLLOWING SAFETY REGULATIONS. ✶

1. Every effort will be made to provide a safe work area and environment for each offender worker and to provide the appropriate safety equipment for each individual. ← Apply to staff as well —
2. It is the responsibility of each offender worker to use the safety equipment issued to protect them against physical injury and/or health hazards. Make certain you follow instructions for properly wearing required personal protective equipment such as goggles, aprons, arm guards, hard hats, and respirators before you begin an operation.
3. You must wear safety goggles or glasses when performing any grinding, chiseling, filing, or chipping operations.
4. Hearing protection must be worn on all work stations designated as high noise level areas.
5. Appropriate footwear will be determined by your supervisor and the Unit Risk Management Coordinator.
6. Report all safety hazards immediately to your work supervisor. Do not continue to work in any area or on any machinery or equipment that is deemed unsafe or improperly guarded by the work supervisor. If your work supervisor does not agree that an unsafe condition exists, the fact should be reported by you to the Unit Risk Management Coordinator either verbally or by written document. ← Delib. Ind.
7. Offenders will perform only work that is assigned to them, and with machines or equipment on which training has been received. Operating machines or equipment without being properly trained and without clearance from Unit Maintenance is strictly forbidden.
8. Operating equipment without using the safety guard(s) provided or removal of the safety guard(s) is forbidden.
9. The fabrication or repair of personal items on State equipment (except when authorized in the Craft Shop) is against safety regulations and is prohibited.
10. Do not try to adjust, oil, clean, repair or perform any maintenance on any machine while it is in motion and not properly locked out.
11. Do not lift weights at recreation until authorized by the Medical Department.
12. All offenders participating in recreational activities will exercise care and common sense and will follow all game rules when participating in organized sporting activities. Horseplay during recreational activities will not be tolerated.
13. Do not ride on the draw bars of farm vehicles. The operator is the only person authorized to ride on a tractor, forklift or tow vehicle.
14. Do not stand up in moving vehicles. Do not let legs hang over the sides of trailers. Do not attempt to dismount until the vehicle has stopped completely.
15. Offenders who are injured while performing their assigned duties will immediately report such injury to their work supervisor (staff member). Report a work injury to your Supervisor immediately.
16. It is the responsibility of each offender worker to exercise care, cooperation, and common sense in conducting his assigned work. Horseplay on the job will not be tolerated.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

I HAVE READ AND UNDERSTAND THE ABOVE SAFETY RULES:

_____
OFFENDER SIGNATURE

_____   _____   _____   _____
OFFENDER NUMBER            DATE                    WITNESSED BY                  TITLE

cc: Signed copy to Records Office (OFFENDER JACKET)

(Spanish version available on request – Versión español disponible)

★RM-001
June 2006

Document1

An EXERCISE in hypocRacy -
Item 16 - Del. Ind.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| Ex Parte | § | |
| STEVEN MICHAEL BACKSTROM | § | WITNESS DECLARATION |
| v. | § | |
| RICK THAYLER, Director, TDCJ-ID | § | CIVIL ACTION NO._____ |
| Respondent | § | |
| | § | |

I am currently incarcerated at the W.P. Clements unit(TDCJ-ID),
located at: 9601 spur 591, Amarillo, Tx. 79107-9606. As well,
in relationship to this declaration, i am currently, or have been in the past
the past, an inmate employee at the W.P. Clements unit Shoe Factory,
and do declare under penalty of perjury that every one of the follow-
-ing questions are true and correct.

1)  Are you now, or have you ever been ordered to work on the "DESMA"
soling machine..?  yes __X__ no_____

2)  At any time, at any position oyu were ordered to work at, were
you "TRAINED" [by] an (INMATE) or CIVILIAN emplyee ? (circle one)

3)  Upon leaving one position to move to another position, were you
ever the one to TRAIN the inmate releiving you ? yes __X__ no_____

   *IF NOT, was that inmate trained by an inmate or civilian employee
[BEFORE] he relieved you ? INMATE or (CIVILIAN) employee ?(circle one)

4)  At any point during your tenure at the W.P. Clements Shoe Factory
did you witness any emplyee (CIVILIAN) "TRAIN" ANY INMATE AT ANY JOB
POSITION ? yes __X__ no_____

**IF YES...WHO and WHAT JOB POSITION...?  HOW LONG DID THIS "TRAINING"
LAST...?  OR WHAT DID THE "TRAINING" CONSIST OF..?

*the so called training lasted about 1-2 minutes*

5)  At any time have you participated in ANY "TRAINING" MEETING OR
SEMMINAR partaining to the safe operations of ANY PORTION of your
JOB ASSIGNMENT in the W.P. Clements unit Shoe Factory...as oposed to,
..."simply signing a document provided by a civilian employee"?
yes __X__ no_____

6)   Have you ever been injured while "EMPLOYED" to work on a "OESMA"?
   yes_____ no___X___
***IF your answer to #6) was yes,  please state the date (approx.) the
incident occurred (_____) and briefly describe your injuries;

_____

_____

_____


7)   Are you constantly awakened  by TDCJ-ID staff at the W.P.Clements
unit  [after]  rack-time (10:30 p.m.)  <u>for ROSTER COUNT</u>   or  for
things such as;   mail call, laying, meal cards being passed out etc..
and does it affect your awareness and attention capabilities at work..?
yes_X__ no_____
***IF you had an accident at work (injury) was this sleep deprivation
a contributing factor ? yes____ no____
8)   Approx. how many hours of sleep do you think oyu average per night
during your work-week ? _3 to 4_  HRS.___
9)   Approx. how many hours of "UNINTERUPTED" sleep do you get during
a sigle night ? _3 to 4_  HRS.  (during your work-week)

*Herbert F Garza*

Signature;

*Herbert F GARZA*

Print Name

*1598977*

TDCJ-ID#

____W.P. Clements unit____

Address

____9601  spur 591____


Amarillo, Tx. 79107-9606____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

Ex Parte                        §

STEVEN MICHAEL BACKSTROM         §        WITNESS DECLARATION

v.                              §

RICK THAYLER, Director, TDCJ-ID §        CIVIL  ACTION NO._____

        Respondent              §

_____§_____

    I am currently incarcerated at the W.P. Clements unit(TDCJ-ID),
located at; 9601 spur 591, Amarillo, Tx. 79107-9606.  As well,
in relationship to this declaration, i am currently, or have been in the past
the past, an inmate employee at the W.P. Clements unit Shoe Factory,
and do declare under penalty of perjury that every one of the follow-
-ing questions are true and correct.

1)    Are you now, or have you ever been ordered to work on the "DESMA"
soling machine..?  yes_√__no_____

2)    At any time, at any position oyu were ordered to work at, were
you "TRAINED" [by] an (INMATE) or CIVILIAN emplyee ? (circle one)

3)    Upon leaving one position to move to another position, <u>were</u> <u>you</u>
ever the one <u>to</u> <u>TRAIN</u> the inmate releiving you ? yes_√__no_√__

  *IF NOT, was that inmate trained by an inmate or civilian employee
[BEFORE] he relieved you ? __INMATE__ <u>or</u> __CIVILIAN__ employee ?(circle one)

4)    At any point during your tenure at the W.P. Clements Shoe Factory
did you witness any emplyee (CIVILIAN) "TRAIN" ANY INMATE AT ANY JOB
POSITION ?  yes_____no_√_

**IF YES...WHO and WHAT JOB POSITION...?  HOW LONG DID THIS "TRAINING"
LAST...?  OR WHAT DID THE "TRAINING" CONSIST OF..?

_____
_____
_____
_____

5)    At any time have you participated in ANY "TRAINING" MEETING <u>OR</u>
SEMMINAR  pertaining to the safe operations of  ANY PORTION of your
JOB ASSIGNMENT in the W.P. Clements unit Shoe Factory...as oposed to,
..."simply signing a document provided by a civilian employee"?

yes_____no_√__
                        1 of 2

6)   Have you ever been injured while "EMPLOYED" to work on a "DESMA"?
   yes_____ no___✓___

***IF your answer to #6) was yes,  please state the date (approx.)the
incident occurred (_____) and briefly describe your injuries;

_____

_____

_____

7)   Are you constantly awakened  by TDCJ-ID staff at the W.P.Clements
unit  [after]  rack-time (10:30 p.m.)  **for ROSTER COUNT**   or  for
things such as;  mail call, layins, meal cards being passed out etc..
and does it effect your awareness and attention capabilities at work..?
yes_✓_ no_____

***IF you had an accident at work (injury) was this sleep deprivation
a contributing factor ? yes_____no_____

8)   Approx. how many hours of sleep do you think oyu average per night
during your work-week ? _5 to 4_ HRS.

9)   Approx. how many hours of "UNINTERUPTED" sleep do you get during
a sigle night ? _5 to 4_____ HRS.  (during your work-week)

*Mike Grey*

Signature

*Mike Grey*

Print Name

861264

TDCJ-ID#

   W.P. Clements unit

Address

   9601  spur 591

Amarillo, Tx. 79107-9606

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BACKSTROM,                                  §
     Plaintiff pro-se
                                        §        WITNESS DECLARATION
v.                                          §
THAYLER, et.al.                             §
~~THAYLER, et.al.~~                                    CIVIL ACTION NO._____
     Defendants                             §
                                        §

---

I am currently incarcerated at the Texas Dept. of Crim. Justice, W.P. Clements unit, located at, 9601 spur 591, Amarillo, Tx. 79107-9606. As well, in relat- -ionship to this declaration, I am currently,or have been in the past, an inmate employee in the W.P. Clements unit Shoe Factory, and declare under penalty of pur- -jury that every one of the following questions answered are true and correct to the est of my knowledge....;

1) Are you now or have you ever been ordered to work on the "DESMA" soling
   machine "  yes ✓   no_____

2) At any position you were ordered to work at, were you "TRAINED" [BY] an
   (INMATE) or a CIVILIAN ? (circle one)

3) Upon leaving one position to move into another position were you respons-
   -ible 'to train the inmate relieving you ?  yes ✓  no_____
      IF NEITHER. WAS THAT INMATE trained [by] A CIVILIAN EMPLOYEE
[BEFORE] he relieved you ?  yes_____  no_____

4) At any point during your tenure at the W.P. Clements unit Shoe Factory
   did you witness ANY EMPLOYEE "TRAIN" ANY INMATE AT ANY JOB POSITION.?
   yes ✓  no ___
      IF YES....WHO AND WHAT JOB POSITION.....HOW LONG DID THIS "TRAINING"
   LAST....OR WHAT DID HIS TRAINING CONSIST OF...?_____
The training lasted only a few minutes and it
didn't involve any safety issues.

---

5) At ANY TIME have you participated in ANY "TRAINING" MEETING OR SIMINAR
   pertaining to the safe operation(S) of ANY portion of your "JOB" in the
   W.P. Clements unit Shoe Factory...as opposed to...simply signing a document
provided by a civilian employee ?  yes_____  no ✓

6). Have you ever been enjured while "EMPLOYED" to work on a "DESMA" machine.?
   yes_____  no ✓ ...

....cont.....

If your answer to #6) was **yes** , **please** state the date (approx.) the incident occured (___-___-___) and briefly described your injuries;

_____

_____

_____

_____

_____

_____

_____

#7)  **Are** you constantly awakened by TDCJ-ID staff at W.P. Clements unit  after rack-
-time  (10;30 p.m.)  for things such as;  BED-BUG COUNT, MAIL CALL, LAYINS BEING
PASSED OUT, MEAL CARDS PASSED OUT MONTHLY, etc.......?  yes_____ no_____
and;  IF YES,  does it effect  your awareness and attention capabilities at work..?
yes_____ no_____ *....

***IF YOU HAD AN ACCIDENT /INJURY  AT WORK,  WAS THIS SLEEP DEPRIVATION A CONTRIBUT-
-ING FACTOR......?  yes_____ no_____

_Mason-Hughes_
Signature

MASON  HUGHES
Print Name

0115 7700
TDCJ-ID#

9601  spur 591
Address;

W.P.  CLEMENTS UNIT (TDCJ-ID)

AMARILLO, TX.  79107-9606

ⓑ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BACKSTROM,                         §
          Plaintiff pro-se         §
                                   §        WITNESS  DECLARATION
v.                                 §
                                   §
THAYLER,  et.al.                   §        CIVIL  ACTION NO._____
          Defendants               §
                                   §
                                   §

_____

    I am currently at the Texas Dept. of Crim. Justice,  W.P. Clements unit
located at 9601 spur 591,  Amarillo,Tx.  79107-9606.   As well, in relationship
to this declaration, I am currently, or have been in the past, an inmate employee
in the W.P. Clements unit Shoe Factory, and do declare under penalty of perjury
that every one of the following quwstions are answered true and correct to the
best of my knowledge....;

1)   Are you now, or have you ewer been ordered to work on the  "DESMA" soling
     machine..?  yes__X__  no_____
2)   At any time at any position you were ordered to work at, WERE YOU "TRAINED"
     [BY] an  (INMATE)  or  CIVILIAN ?   (circle one)
3)   Upon leaving one position  to move to another position  were you ever the
     one responsible  'to train'  the inmate relieving you ?   yes____ no__X__
         IF NEITHER,  was THAT inmate  trained  [by] an inmate or employee
[BEFORE]  he relieved you ? yes_____no_____
4)   At any point during your tenure  at the W.P. Clements unit Shoe Factory
     did you witness ANY EMPLOYEE  (CIVILIAN)  "TRAIN"  ANY INMATE  AT ANY JOB
     POSITION ?   yes_____no__X__
         IF YES....WHO AND WHAT JOB POSITION....HOW LONG DID THIS "TRAINING"
         LAST....OR WHAT DID HIS TRAINING CONSIST OF...?_____
_____
_____
_____

5)   AT ANY TIME have you participated in  ANY  "TRAINING"  MEETING  OR  SIMINAR
     partaining to the safe operation(S) of  ANY  portion  of your JOB  in the
W.P. Clements unit Shoe Factory...as opposed to...simply signing a document provided
by a civilian employee ?  yes_____no__X__
6)   Have you ever benn injured  while  "EMPLYEED"  to work on a "DESMA" machine..?
     yes_____no__X__

1 of 2

...cont....

   If your answer to #6)  was  <u>yes</u> , please state the date (approx.) the incident

occured (_____-_____-_____) and briefly describe your injuries;

_____

_____

_____

_____

_____


7)   Are  you constantly awakened  by TDCJ-ID W.P. Clements unit staff <u>after rack-</u>
   <u>-time</u> (10:30 p.m.) for things such as;    BED-BUG COUNT,  MAIL CALL,  LAYINS BEING
   PASSED OUT,  MEAL CARDS PASSED OUT MONTHLY, etc......?   yes____X___ no_____
and;  _IF YES_,   does it effect your awareness and attention capabilities at work..?
<u>yes</u>__X__ no_____......

***IF YOU HAD AN ACCIDNET/INJURY AT WORK,  WAS THIS A CONTRIBUTING FACTOR DO YOU
THINK "?   YES__X__NO_____


_Wallace Bowman, Jr_
**Signature**

_WALLACE BOWMAN JR._
Print Name

_1638747_
TDCJ-ID#

9601  spur 591
Address

W.P. Clements unit(TDCJ-ID)

Amarillo, Tx.  79107-9606

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BACKSTROM, | § | |
| Plaintiff pro-se | § | WITNESS DECLARATION |
| v. | § | |
| THAYLER, et.al. | § | CIVIL ACTION  NO._____ |
| ~~THAYLER XXXXXXX~~ | § | |
| Defendants | § | |
| | § | |

_____

   I am currently incarcerated at the Texas Dept. of Crim. Justice, W.P. Clements
unit, located at,  9601 spur 591, Amarillo, Tx. 79107-9606.   As well, in relat-
-ionship  to this declaration, I am currently,or have been in the past, an inmate
employee in the W.P. Clements unit Shoe Factory, and declare under penalty of pur-
-jury  that every one of the following questions answered are true and correct to
the est of my knowledge....;

1)   Are you now or have you ever been ordered to work on the "DESMA" soling
  machine "   yes _√_    no_____

2)   At any position you were ordered to work at, were you "TRAINED" [BY]  an
  (INMATE) or  a  CIVILIAN ?  (circle one)

3)   Upon leaving one position  to move into another position  were you respons-
  -ible 'to train the inmate relieving you ?   yes _√_   no_____
       IF NEITHER,  WAS  THAT  INMATE  trained [by]  A CIVILIAN EMPLOYEE
  [BEFORE] he relieved you ?   yes_____   no_____

4)   At any point  during your tenure at the W.P. Clements unit Shoe Factory
  did you witness ANY  EMPLOYEE  "TRAIN"  ANY INMATE AT  ANY JOB POSITION.?
  yes_√_  no_____
       IF YES....WHO AND WHAT JOB POSITION.....HOW LONG DID THIS  "TRAINING"
  LAST....OR WHAT DID HIS TRAINING CONSIST OF...? Mr. Tomson
  Training an offender to Pre-Heat the canvas
  matirial,
_____

5)   At ANY TIME have you participated in  ANY "TRAINING"  MEETING OR  SIMINAR
  partaining to the safe operation(S) of  ANY  portion  of  your "JOB"  in the
  W.P. Clements unit Shoe Factory...as opposed to...simply  signing a document
  provided by a civilian employee ?   yes_____  no _√_

6)   Have you ever been enjured while  "EMPLOYED" to work on a "DESMA" machine.?
  yes_____   no_√_...

....cont.....

If your answer to #6) was <u>yes</u>, please state the date (approx.) the incident

occured (\_\_\_ - \_\_\_) and briefly described your injuries;

_____

_____ N/A _____

_____

_____

_____

#7)   Are you constantly awakened by TDCJ-ID staff at W.P. Clements unit  <u>after rack-</u>
   <u>-time</u>  (10;30 p.m.)  for things such as;  BED-BUG COUNT, MAIL CALL, LAYINS BEING
   PASSED OUT, MEAL CARDS PASSED OUT MONTHLY, etc......?  yes _√_ no_____
and;  /IF YES,  does it effect  your awareness and attention capabilities at work..?
yes _√_ no \_\_\_\_ .....

***IF YOU HAD AN ACCIDENT /INJURY AT WORK,  WAS THIS SLEEP DEPRIVATION A CONTRIBUT-
-ING FACTOR......?   yes\_\_\_\_\_ no_____

_William Hicks_
Signature

_William Hicks_
Print Name

_839032_
TDCJ-ID#

_9601  spur 591_
Address;

W.P.  CLEMENTS UNIT (TDCJ-ID)

AMARILLO, TX.  79107-9606

2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BACKSTROM,                          §
       Plaintiff pro-se           §
                                   §        WITNESS DECLARATION
v.                                  §
THAYLER, et.al.                     §
XXXXXXXXXXXXXX                      §        CIVIL ACTION  NO._____
       Defendants                 §
                                   §

---

    I am currently incarcerated at the Texas Dept. of Crim. Justice, W.P. Clements
unit, located at,  9601 spur 591, Amarillo, Tx. 79107-9606.   As well, in relat-
-ionship to this declaration, I am currently,or have been in the past, an inmate
employee in the W.P. Clements unit Shoe Factory, and declare under penalty of pur-
-jury that every one of the following questions answered are true and correct to
the est of my knowledge....;

1)  Are you now or have you ever been ordered to work on the "DESMA" soling
    machine "   yes_X__   no_____

2)  At any position you were ordered to work at, were you "TRAINED" [BY]  an
    INMATE or  a  CIVILIAN ?  (circle one)

3)  Upon leaving one position  to move into another position  were you respons-
    -ible 'to train the inmate relieving you ?  yes_X__  no_____
        IF NEITHER, WAS THAT INMATE trained [by] A CIVILIAN EMPLOYEE
[BEFORE] he relieved you ?  yes_____  no_____

4)  At any point  during your tenure at the W.P. Clements unit Shoe Factory
    did you witness ANY  EMPLOYEE "TRAIN" ANY INMATE AT ANY JOB POSITION.?
    yes_____  no_X__
        IF YES....WHO AND WHAT JOB POSITION.....HOW LONG DID THIS  "TRAINING"
        LAST....OR WHAT DID HIS TRAINING CONSIST OF...?_____
_____
_____
_____

5)  At ANY TIME have you participated in  ANY "TRAINING" MEETING OR SIMINAR
    partaining to the  safe operation(S) of ANY portion of your "JOB" in the
    W.P. Clements unit Shoe Factory...as opposed to...simply signing a document
provided by a civilian employee ?  yes_____  no_X___

6)  Have you ever been enjured while  "EMPLOYED" to work on a "DESMA" machine.?
    yes_____  no_X__...

....cont.....

If your answer to #6) was <u>yes</u>, please state the date (approx.) the incident occured (_____ - _____ - _____) and briefly described your injuries;

_____

_____

_____

_____

_____

_____

**#7)** Are you constantly awakened by TDCJ-ID staff at W.P. Clements unit <u>after rack--time</u> (10;30 p.m.) for things such as; BED-BUG COUNT, MAIL CALL, LAYINS BEING PASSED OUT, MEAL CARDS PASSED OUT MONTHLY, etc......? yes X no_____ and; IF YES, does it effect your awareness and attention capabilities at work..? yes X no_____ .....

***IF YOU HAD AN ACCIDENT /INJURY AT WORK, WAS THIS SLEEP DEPRIVATION A CONTRIBUT--ING FACTOR......? yes_____ no_____

_____
(Signature)

_Christopher   Southern_
Print Name

#1423446
TDCJ-ID#

9601  spur 591
Address;

W.P.  CLEMENTS UNIT (TDCJ-ID)

AMARILLO, TX.  79107-9606

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO  DIVISION

BACKSTROM,                              §
     Plaintiff pro-se

                      §          WITNESS  DECLARATION

v.

                      §

THAYLER,  et.al.                        §          CIVIL  ACTION NO._____
     Defendants

                      §

---

I am currently at the Texas Dept. of Crim. Justice,  W.P. Clements unit located at 9601 spur 591,  Amarillo,Tx.  79107-9606.  As well, in relationship to this declaration, I am currently, or have been in the past, an inmate employee in the W.P. Clements unit Shoe Factory, and do declare under penalty of perjury that every one of the following quwstions are answered true and correct to the best of my knowledge....;

1)  Are you now, or have you ever been ordered to work on the  "DESMA" soling machine..?   yes__✓__  no_____

2)  At any time at any position you were ordered to work at, WERE YOU "TRAINED" [BY] an  INMATE  or  CIVILIAN ?   (circle one)

3)  Upon leaving one position  to move to another position  were you ever the one responsible 'to train' the inmate relieving you ?   yes__✓__ no_____

    IF NEITHER,  was THAT inmate  trained  [by] an inmate or employee [BEFORE] he relieved you ? yes__✓__ no_____

4)  At any point during your tenure  at the W.P. Clements unit Shoe Factory did you witness ANY  EMPLOYEE  (CIVILIAN)  "TRAIN"  ANY INMATE  AT ANY JOB POSITION ?   yes__✓__ no_____

    IF YES....WHO AND WHAT JOB POSITION....HOW LONG DID THIS "TRAINING" LAST...,OR WHAT DID HIS TRAINING CONSIST OF...? Desma, tRimming, boot t Shoe Carosel and Sewing Machinu

---

5)  At ANY TIME have you participated in  ANY  "TRAINING"  MEETING OR SIMINAR partaining to the safe operation(S) of  ANY  portion  of your JOB  in the W.P. Clements unit Shoe Factory...as opposed to...simply signing a document provided by a civilian employee ?  yes__✓__ no_____

6)  Have you ever benn injured  while "EMPLYEED" to work on a "DESMA" machine..? yes__✓__ no_____

1 of 2

...cont....

  If your answer to #6) was <u>yes</u> , please state the date (approx.) the incident

occured ( *11 - 3 - 2011* ) and briefly describe your injuries;

*Machine Closed on hand tissue Causing slight*

*injury — I have been cut*

  7)  Are you constantly awakened by TDCJ-ID W.P. Clements unit staff <u>after rack</u>-
 -time (10:30 p.m.) for things such as; BED-BUG COUNT, MAIL CALL, LAY-INS BEING
 PASSED OUT, MEAL CARDS PASSED OUT MONTHLY, etc......? yes *✓* no
and; <u>IF YES</u> , does it effect your awareness and attention capabilities at work..?
yes *✓* no ......

***IF YOU HAD AN ACCIDNET/INJURY AT WORK, WAS THIS A CONTRIBUTING FACTOR DO YOU
THINK "? YES *✓* NO

*Cary Simmons* (signature)
<u>Signature</u>

*Cary Simmons*
Print Name

*1580666*
TDCJ-ID#

<u>9601 spur 591</u>
Address

<u>W.P. Clements unit(TDCJ-ID)</u>

<u>Amarillo, Tx. 79107-9606</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BACKSTROM,                              §
     Plaintiff pro-se           §
                                        §        WITNESS DECLARATION
v.                                      §
THAYLER, et.al.                         §
THAYLERXXXXXXXX                         §        CIVIL ACTION  NO._____
     Defendants                 §
                                        §

_____

    I am currently incarcerated at the Texas Dept. of Crim. Justice, W.P. Clements
unit, located at,  9601 spur 591, Amarillo, Tx. 79107-9606.   As well, in relat-
-ionship  to this declaration, I am currently,or have been in the past, an inmate
employee in the W.P. Clements unit Shoe Factory, and declare under penalty of pur-
-jury  that every one of the following questions answered are true and correct to
the est of my knowledge....;

1)   Are you now or have you ever been ordered to work on the "DESMA" soling
    machine "    yes___✓___    no_____

2)   At any position you were ordered to work at, were you "TRAINED" [BY]  an
    (INMATE)  or a  CIVILIAN ?  (circle one)

3)   Upon leaving one position  to move into another position  were you respons-
    -ible  'to train the inmate relieving you ?   yes__✓__  no_____
        IF NEITHER,  WAS  THAT  INMATE  trained [by]  A CIVILIAN EMPLOYEE
[BEFORE]  he relieved you ?   yes_____  no_✓__

4)   At any point  during your tenure at the W.P. Clements unit Shoe Factory
    did you witness ANY  EMPLOYEE  "TRAIN"  ANY INMATE  AT  ANY JOB POSITION.?
    yes_____  no_✓___
        IF YES....WHO AND WHAT JOB POSITION.....HOW LONG DID THIS  "TRAINING"
        LAST....OR WHAT DID HIS TRAINING CONSIST OF...?_____

_____

_____

_____

5)   At ANY TIME have you participated in  ANY "TRAINING"  MEETING OR  SIMINAR
    partaining to the safe operation(S) of  ANY  portion  of  your "JOB"  in the
    W.P. Clements unit Shoe Factory...as opposed to...simply  signing a document
    provided by a civilian employee ?   yes_____  no_✓____

6)   Have you ever been enjured while  "EMPLOYED" to work on a "DESMA" machine.?
    yes_____  no_✓___ ...

....cont.....

If your answer to #6) was <u>yes</u> , please state the date (approx.) the incident occured (\_\_\_\_ - \_\_\_\_ - \_\_\_\_) and briefly described your injuries;

_____

_____

_____

_____

_____

_____

**#7)**   Are  you constantly awakened by TDCJ-ID staff at W.P. Clements unit  <u>after rack-</u> <u>-time</u>  (10;30 p.m.)  for things such as;  BED-BUG COUNT, MAIL CALL, LAYINS BEING PASSED OUT, MEAL CARDS PASSED OUT MONTHLY, etc..?.....?   yes ✓ no _____ and;  IF YES,  does it effect  your awareness and attention capabilities at work..? yes ✓  no_____.....

**\*\*\*IF YOU HAD AN ACCIDENT /INJURY AT WORK,  WAS THIS SLEEP DEPRIVATION A CONTRIBUT-** **-ING FACTOR......?   yes_____  no_____**   N/A DOES NOT PERTAIN

_____
Signature

_____
JAVIER CANTU
Print Name

_____
1258731
TDCJ-ID#

_____
9601  spur 591
Address;

W.P.  CLEMENTS UNIT (TDCJ-ID)

AMARILLO, TX.  79107-9606

**4**

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2012038071 |
| Date Received: | NOV 02 2011 |
| Date Due: | 12-12-11 |
| Grievance Code: | 526 |
| Investigator ID #: | IMD9 |
| Extension Date: | |
| Date Retd to Offender | DEC 09 2011 |

**Offender Name:** K.W. BURDEN        **TDCJ #** 766908

**Unit:** BC-037    **Housing Assignment:** 4D-53-B

**Unit where incident occurred:** BC-037

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)?  Mr Bolin & Mr. Jones          When? 10/26/11

What was their response?  There's some papers for you to read (IF YOU WANT TO) just sign it

What action was taken?  NONE, WE WERE NOT PROPERLY SAFETY TRAINED TO CONDUCT OUR WORK

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

       ** On the above date, at the BC-037 shoe factory, the trimers were given
    a sheet of paper that has lines on it for signing......we were told to sign
    it....safety training papers...(?)     The officer over the trimmers, Mr.
    Jones failed to conduct a safety training demonstration prior to ordering
    his offener/workers to sign the safety training papers.
*NOTE: This Procedure takes place throughout the Shoe Factory and cause many injuries.
    ***THis procedure is clearly improper and does not qualify as adequate safety
    training.........in fact, it is equivellent to FALSIFICATION OF GOV"T DOC.s..
    FALSIFICATION OF GOV"T RECORD's......SEE:  TX.PenalCode §37.01; 02 2.A.B.
    for def.of Gov't record......and......§37.10 Tampering with Gov't record; "a person commits
    an offense if he;  (1). knowingly makes a false entry in,or false alteration of, a gov't rec'd;
    (2). makes, presents or uses any gov't record , doc. or thing with knowledge of its falsity
    and with intent that it be taken as a genuine gov't rec'd.  and (5). makes, presents or uses
    a gov't rec'd. with the knowledge of its falsity;  an offense under this ection is a 3rd
    degree felony......FRAUD-def.; 'a knowing misrepresentation of the truth  (OR) Concealment
    of a material fcat to induce another to act to his/her detriment..fraud is USW "TORT" but,
    in some cases (esp. when the conduct is willfull) it may be a crime.'   add/or....
    INSURANCE FRAUD: def....'fraud against an insurer, as when an insured lies on a policy appl-
    -ication  or fabricates a claim......(such as claiming a safety test or meeting was conducted
    when in reality it was not, and the prison staff force offenders to sign on the dotted line
    or suffer disc. action if they don't) ?   THE ABOVE IS ONLY SOME OF THE CHARGES THAT CAN
    BE BROUGHT UP ON THE SHOE FACTORY SUPERVIOR(S) AND STAFF FOR FABRICATING A FALSE SAFETY
    ROSTER SHEET WITHOUT ACTUALLY HOLDING A MEETING OR CLASS TO PROPERLY INSTRUCT ITS WORKERS

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     NOV 02 2011 (OVER)

c/c on file: A.C.A.

Appendix F

ABOUT MY SAFETY ISSUES ON A MONTHLY BASIS.

***NOTE: TDCJ-ID P.D. 22 code 5. a. Reckless endangerment.....would fall in this same catagory as well.

Officer JOnes is not stpping production for a safety meeting. His supervisor(S) are not forcing him or telling him to do so either. I filed a grievance already about being forced to work in an unsafe work environment where knives are not properly sharpened or offenders properly trained to sharpen the knives nor the staff exchanging old knives so that sharpening them will not be exccessively hazardous every day. NOW we are to sign a roster that says we were properly instructed in the handling of knives and sharpening of knives. I have been given any numerous safety instructions when actually we have not !?

NOV 0 2 2011

**Action Requested to resolve your Complaint.** START STOPPING PRODUCTION FOR AN ACTUAL SAFETY MEETING ON A MONTHLY BASIS.....WITH VIDEO"s and PROPER INSTRUCTIONS AND DEMONSTRATIONS BY THE STAFF.

NOV 0 2 2011

**Offender Signature:** _____ **Date:** 10/27/11

**Grievance Response:**

Your grievance was investigated and reviewed. Mr. Boland states you are not on his crew, Mr. Jones states he did conduct safety training on cold weather and you were given opportunity to ask any questions you may have had before signing training sheet. There was no evidence presented to support your allegations of staff misconduct. No further action is warranted.

DEC 0 9 2011

**Signature Authority:** _____ **J. H. Adams** **Date:** 12/9/2011

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language.
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

**Appendix F**

4D53



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: K.W. Burden          TDCJ # 766908

Unit: BC-037    Housing Assignment: 4D-53-B

Unit where incident occurred: BC-037

**OFFICE USE ONLY**

Grievance #: 2012038071

UGI Recd Date: DEC 1 4 2011

HQ Recd Date: DEC 1 6 2011

Date Due: 1-18

Grievance Code: 526

Investigator ID #: I0317

Extension Date: 2-22-12

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step ( because)..*

* Step-1 Grievance #2012038071 was Not properly And unbiasedly investigated — As follows;

#1. Step-1 Response clearly indicates that "Only Officers" were Asked About SAFETY meetings — NOT ONE Offender was Asked —?

#2. This is A Serious issue And if it is Not corrected Offenders will continue to get injured. — some of them "Seriously" - Ask Mike Backstrom, MAYO, there are many many people who have been seriously injured At this Boot Factory And Noth ing CHANGES — ?

This is because of grievances like mine

I-128 Front (Revised 9-1-2007)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** DEC 2 7 2011 (OVER)

Appendix G

Not being properly & meaningfully investigated!

#3. Offenders are the only one's who "PAY THE PRICE" for this deliberate indifference to safety violations; WE get injured, — sometimes for life — AND then the 'blame is reversed back on us, writing us cases that could possibly cause us to lose an opertunity for parole, loss of comm. privileges! visits with our families, etc.

**Offender Signature:** _____   **Date:** 12/14/11

**Grievance Response:**

Your complaint has been reviewed and noted. Review of your Step II grievance indicates no evidence or information that would warrant further investigation into your allegations. No further action is warranted.

**Signature Authority:** _____   **Date:** 1-17-12

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

I-128 Back (Revised 9-1-2007)                    Appendix G

*5*