IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STEVEN MICHAEL BACKSTROM | § | |
| Plaintiff pro-se | § | MOTION TO SHOW CAUSE FOR |
| V. | § | PRELIMINARY INJUNCTION & |
| RICK THAYLER, et. al. | § | TEMPORARY RESTRAINING ORDER |
| Defendant(S) | § | |
| | § | CIVIL ACTION NO._____ |
| | § | |
| | § | |

UPON THE COMPLAINT, the supporting Affidavits of Plaintiff, and the MEMORANDUM OF LAW submitted herewith, it is;

ORDERED that the Defendant(S) named within Plaintiffs complaint SHOW CAUSE in the U.S. District Courthouse,_____, on the____day of_____20____ at____;____O'clock, why a preliminary injunction should not issue pursuant to Rule 65(A) of Fed. Rules of Civ. Proc. enjoining the Defendant(S), their successors in office, agents and employee's and other person(S) acting in concert and participation with them, from utilizing ANY of the four(4) unsafe/inadequate "DESMA" machines for ANY purpose that requires the use of any inmates to operate said machines.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this ORDER TO SHOW CAUSE , the defendant(S) named within this complaint and each of their officers, agents, emp--loyers, and all person's acting in concert or participation with them, are RESTRAINED FROM ANY Retalitory actions against Plaintiff for filing this complaint.

IT IS FURTHER ORDERED that, the ORDER TO SHOW CAUSE and all other papers attached to this application, be served on the afforesaid Plaintiffs by the____day of_____20____.

EXECUTED ON THIS____DAY OF_____20____.

/S/;_____

U.S. DIST. JUDGE