IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STEVEN MICHAEL BACKSTROM<br>    Plaintiff pro-se | § § § |  |
| V. | § |  |
| Rick Thayler, John Adams,<br>Stewart Williams, Elizabeth Boerlin,<br>C.A. Harrell, Nikelle Grant,<br>Hazelwood, John Doe(A.C.A. Exec. Dir.),<br>and John Doe (Tx.Dept.of Health SVCS.Dir.) | § § § § | SUMMONS<br><br>CIVIL ACTION NO. _____ |
| Defendant(S) | § § § |  |

TO THE ABOVE-NAMED DEFENDANT(S);
    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff, whose address is ; Steven Michael Backstrom, TDCJ-ID# 1657938, W.P. Clements unit, 9601 spur 591, Amarillo, Tx. 79107-9606, an answer to the complaint which is herewith served upon you, within 20-days after service of this SUMMONS upon you, exclusive of the day of service, or 60-days [if] the U.S. Gov't. or Officer/Agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court: _____
Date: _____