In The United States District Court For The Northern District Of Texas Amarillo Division

Steven Michael Backstrom, §
Pro Se, TDCJ No 1657938 §
           Plaintiff       §       2:12-CV-0116
                           §
v.                         §
Rick Thayler, Et Al,       §
           Defendants      §

Response To Court's Recommendation

On June 12, 2012, Plaintiff submitted this legal complaint. Inclusive was a standard 1983 packet, memorandum, and a number of supporting documents/exibits.

On May 19, 2012 Plaintiff received a document that once signed and submitted, would transfer jurisdiction to a Magistrate Judge. This document was not signed of/by Plaintiff authorizing any jurisdictional transfer.

On May 17th, 2012, Plaintiff received an order from this Court disavowing Plaintiff's clearly outlined memorandum and exibits and forcing him to reapply using only the provided 1983 packets with the availability of a few additional pages.

This matter is complex and convoluted and Plaintiff's memorandum w/exibits is necessary to satisify the issues.

On June 26, 2012, Magistrate Averitte issued his axiomatic "denial" recommendation of all claims; however, had he allowed Plaintiffs complete complaint, he would have been unable to justify this denial. Example: Pp 4, Clements Unit, like a small city,...., Exibit 1 clearly shows that the sleep interuptions are ~~not~~ consistant; therefore proving that mail does not have to be issued after 10:30pm (The mail room closes at 5:00pm) nor do any of the other reasons... meal card and lay-in's etc.

Example 2: Pp 5, plaintiff did not show that def. Adams has personal knowledge as to plaintiffs sleep deprivation. This is untrue, see Exibit 9, Grievance form - two signed by Mr. Adams acknowledging plaintiffs complaints. As well other grievances follow because nothing has changed.

### Conclusion

Plaintiff is asking the Honorable District Judge to review Plaintiffs complaint in its entirty including his clearly outlined memor-

Pg 2

andum w/exibits then issue her Findings and Conclusion based upon the facts.

Prayer.

Plaintiff prays this Honorable Court will, at the very least, issue an evidenciary hearing so as to expose the truth about the issues at hand.

Certificate of Service

Under penalty of perjury plaintiff swears the fore written facts and statements are true and correct.

Signed this 4th day of July, 2012

Respectfully Submitted,

Steven M. Dackstrom 1657938
Clements Unit 4E-11L
9601 Spur 591
Amarillo, Tx 79107

Backstrom 1657738
Clements 4E-11F
9601 Spur 591
Amarillo, TX 79107

US District Court
Attn: Dist. Clerk
205 E. 5th Ave. Ste 13240
Amarillo, TX 79101-9949

LEGAL MAIL

RECEIVED
JUL - 6 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS