IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STEVEN MICHAEL BACKSTROM, PRO SE, §
TDCJ-CID No. 1657938, §
§
Plaintiff, §
§
v. § 2:12-CV-0116
§
RICK THAYLER ET AL., §
§
Defendants. §

**JUDGMENT**

Of equal date herewith, the Court has entered an Order of Dismissal in the above-referenced and numbered cause.

JUDGMENT IS ENTERED ACCORDINGLY.

IT IS THEREFORE ORDERED and DECREED that the Civil Rights Complaint filed by plaintiff STEVEN MICHAEL BACKSTROM is hereby ORDERED DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

The Clerk will mail a copy of this Judgment to the plaintiff and to each attorney of record by first class mail.

It is SO ORDERED.

Signed this the _____11_____ day of July, 2012.

MARY LOU ROBINSON
United States District Judge